

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ROBERT G. HOULE, | § | No. 08-16-00234-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| CAPITAL ONE BANK (USA), N. A., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015-CCV01442) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Motion to Extend Time to Submit Results of Mediation and ORDERS that the mediation process be extended until January 14, 2017. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of September 16, 2016.

IT IS SO ORDERED this 17th day of November, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.